2014 WY 163

### Marcos Rafael VASQUEZ–CASAS, Appellant (Defendant),

v.

### The STATE of Wyoming, Appellee (Plaintiff).

### No. S–14–0203.

Supreme Court of Wyoming.

Dec. 17, 2014.

ORDER AFFIRMING THE DISTRICT COURT'S SENTENCING ORDER

[¶ 1] **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of sexual abuse of a minor in the first degree. This is Appellant's direct appeal from the resulting conviction. On September 26, 2014, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). Following a careful review of the record and the "*Anders* brief" submitted by counsel, this Court, on October 21, 2014, entered its "Order Granting Permission for Court–Appointed Counsel to Withdraw."

---

That Order notified Appellant the District Court's July 7, 2014, "Sentencing Order" would be affirmed unless, on or before December 8, 2014, Appellant filed a brief that persuaded this Court the captioned appeal is not wholly frivolous. Now, taking note that Appellant, Marcos Rafael Vasquez–Casas, has not filed a brief or other pleading within the time allotted, the Court finds that the district court's "Sentencing Order" should be affirmed in all respects. It is, therefore,

[¶2] **ORDERED** that the District Court's July 7, 2014, "Sentencing Order" be, and the same hereby is, affirmed.

BY THE COURT:
/s/ E. JAMES BURKE
Chief Justice